IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-39 |
| | ) | |
| JASON KOREY, | ) | |
| Defendant. | ) | |

## AMENDED ORDER

AND NOW, this 30th day of October, 2008, IT IS HEREBY ORDERED that defendant shall have until November 21, 2008 to file a reply to the Government's response to the Motion to Dismiss the Indictment. **NO FURTHER BRIEFING WILL BE ALLOWED**.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record