IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 08-39 |
| | ) | |
| JASON KOREY, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 27th day of April, 2009, IT IS HEREBY ORDERED that the transcript of the hearing in the above captioned case, held April 24, 2009, shall be prepared forthwith at the cost of the United States government.

BY THE COURT:

_____, J.

cc: All counsel of record

Clerk's Office,
Finance Section

Patricia Sherman,
Court Reporter