IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 08-0039 |
| | ) |
| JASON KOREY, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 30th day of June, 2009, upon consideration of the government's motion to reconsider [doc. no. 75] and the defendant's response thereto, IT IS HEREBY ORDERED THAT the government's motion to reconsider is DENIED.

BY THE COURT:

_____ J.

cc: All Counsel of Record